UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL W. CURRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-0439 (EGS) |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME**

Defendants the Federal Bureau of Investigation ("FBI") and Christopher Wray, in his official capacity as the Director of the FBI, through undersigned counsel, respectfully move for an enlargement of time of approximately 7 days within which to file its Motion for Summary Judgment, such that Defendants' Motion would be due on or before April 26, 2022.

**BACKGROUND INFORMATION**

1. On February 16, 2018, Plaintiff Daniel W. Curry filed a Complaint seeking to compel Defendants to disclose documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. *See* ECF No. 1. On August 19, 2018, Defendants filed an Answer responding to Plaintiff's Complaint. *See* ECF No. 12.

2. On December 20, 2018, the FBI made its first release of records, and on October 1, 2021, the FBI concluded its production of records. *See* ECF Nos. 16, 47.

3. As a result of their completed production, in their Status Report submitted to the Court on November 12, 2021, Defendants proposed the following briefing schedule:

Defendants' Motion for Summary Judgment             April 4, 2022

Plaintiff's Opposition and Cross-Motion                    May 2, 2022

| | |
|---|---|
| Defendants' Opposition and Reply | May 30, 2022 |
| Plaintiff's Reply | June 27, 2022 |

4. Defendants requested the above amount of time to brief the Court because they processed nearly 8,000 pages in this FOIA request, which requires creation of a large and time-consuming *Vaughn* index. Further, there were several consultations in processing this FOIA request, which requires coordination in drafting declarations.

5. On November 15, 2021, by Minute Order, the Court ordered Defendants to file their Motion for Summary Judgment by February 18, 2022. It further ordered Plaintiff to file his Opposition and any Cross-Motion for Summary Judgment by March 21, 2022, Defendants to file their Reply and Opposition by April 20, 2022, and Plaintiff to file his Reply by May 20, 2022.

6. Subsequently, on December 27, 2022, Defendants filed a Motion to Brief Sample Vaughn, or in the alternative, Motion for Extension. ECF No. 48

7. On January 20, 2022, via Minute Order, the Court granted in part Defendants' Motion, and ordered the following briefing schedule: "Defendants shall now file their Motion for Summary Judgment by April 19, 2022; Plaintiff shall file his Opposition and any Cross-Motion for Summary Judgment by May 19, 2022; Defendants shall file their Reply and Opposition by June 17, 2022; Plaintiff shall file a Reply by July 18, 2022."

## BASIS FOR EXTENSION

6. Defendants now respectfully move to extend their deadline for a Motion for Summary Judgment, by seven days, for the following reasons.

7. Undersigned counsel has begun drafting the Motion for Summary Judgment. However, given the numerous declarations, exhibits, and consultations at issue in this case, combined with undersigned counsel's robust caseload, undersigned is concerned that he cannot

finalize a Motion for Summary Judgment, and complete internal review of the Motion within the U.S. Attorney's Office, within the next 9 business days.

13. For these reasons, Defendants respectfully request an approximately 7 day extension of time to file its Motion for Summary Judgment such that Defendants' Motion for Summary Judgment would be due on or before April 26, 2022.

14. This is Defendants' second request for an extension of this deadline.

15. Granting Defendants' motion will affect three other deadlines in this action: Plaintiff's Opposition and any Cross-Motion for Summary Judgment currently by May 19, 2022, Defendants Reply and Opposition currently due by June 17, 2022, and Plaintiff's Reply currently due by July 18, 2022. Defendants respectfully request an approximately 7 day extension of time for these deadlines as well, such that Plaintiff's Opposition and any Cross-Motion for Summary Judgment would be due by May 26, 2022, Defendants' Reply and Opposition would be due by June 24, 2022, and Plaintiff's Reply would be due by July 25, 2022.

16. The parties have not conferred pursuant to Local Civil Rule 7(m) because Plaintiff is a *pro se* litigant currently incarcerated.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant this motion seeking an enlargement of time of approximately 7 days within which to file its Motion for Summary Judgment. A proposed order is attached hereto.

Dated: April 7, 2022
Washington, DC

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. Bar #481052
    United States Attorney

    BRIAN P. HUDAK
    Acting Chief, Civil Division

- 4 -

By:    <u>*/s/ Blake A. Weiner*</u>
       Blake A. Weiner
       Assistant United States Attorney
       555 Fourth Street, NW
       Washington, DC 20530
       (202) 803-1604

*Attorneys for the United States of America*

- 5 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2022, I caused the foregoing Motion to be served on Plaintiff via First Class Mail at the following address:

DANIEL W. CURRY
R08128-028
Fairton Federal Correctional Institution
Inmate Mail/Parcels P.O. Box 420
Fairton, NJ 08320

*/s/ Blake A. Weiner*
Blake A. Weiner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL W. CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 18-0439 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion, and the entire record herein, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that summary judgment briefing will proceed pursuant to the following schedule:

1. By April 26, 2022, Defendants will file their motion for summary judgment.

2. By May 26, 2022, Plaintiff will file his opposition to Defendants' motion for summary judgment, as well as his cross-motion for partial summary judgment.

7. By June 24, 2022, Defendants will file their combined reply and opposition to Plaintiff's cross-motion for summary judgment.

8. By July 25, 2022, Plaintiff will file his reply.

It is **SO ORDERED** this _____ day of _____, 2022.

_____
United States District Judge