UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL W. CURRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-0439 (EGS) |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants, the Federal Bureau of Investigation ("FBI") and Christopher Wray, in his official capacity as the Director of the FBI (collectively, "Defendants"), through undersigned counsel, respectfully moves for leave to file a motion that exceeds by up to ten pages the 45-page limit that is set Local Civil Rule ("LCvR") 7(e). In support of this motion, Defendants state the following:

1. On February 16, 2018, Plaintiff Daniel W. Curry, who is proceeding pro se, filed a Complaint seeking to compel Defendants to disclose documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq. See* ECF No. 1.

2. On August 19, 2018, Defendants filed an Answer responding to Plaintiff's Complaint. *See* ECF No. 12.

3. Pursuant to the Court's April 8, 2022 Minute Order, Defendants Motion for Summary Judgment is currently due to the Court on or before April 26, 2022.

4. It is necessary for Defendants Motion for Summary Judgment to exceed the 45-page limit in order to adequately draw the Court's attention to the relevant facts and case law supporting the multiple grounds upon which Defendants are entitled to judgment.

Additionally, because this FOIA case involves thousands of pages of responsive records, four declarations from four different federal agencies, and at least eight FOIA exemptions applied by different agencies, Defendants need the additional pages to adequately describe the application of the exemptions and the reasoning of the different agencies.

5. The parties have not conferred Pursuant to LCvR 7(m) because Plaintiff is pro se and incarcerated.

WHEREFORE, for the foregoing reasons, Defendants respectfully requests that the Court grant this *Motion for Leave to Exceed Page Limit*. A proposed Order is attached.

Dated: April 19, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Blake A. Weiner
Blake A. Weiner
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 803-1604

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL W. CURRY,              )<br>                               )<br>         Plaintiff,            )<br>                               )<br>    v.                         )   Civil Action No. 18-0439 (EGS)<br>                               )<br> FEDERAL BUREAU OF INVESTIGATION, )<br> et al.,                       )<br>                               )<br>         Defendants.           )<br>                               ) | |

**ORDER**

Upon consideration of Defendants' *Motion for Leave to Exceed Page Limit*, and the entire record herein, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendants shall be permitted to file a Memorandum of Points and Authorities that exceeds by up to ten (10) pages the 45-page limit set in LCvR 7(e).

It is **SO ORDERED** this _____ day of _____, 2022.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE